UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -                                   09 Cr. 669 (JGK)

RONALD RESCIGNO,                              ORDER

        Defendant.

JOHN G. KOELTL, District Judge:

The Court has received the attached letter from the defendant. The Court forwards it to counsel for the parties and will file the letter under seal because it contains personal identifying information.

SO ORDERED.

Dated: New York, New York
      December 21, 2011

                              John G. Koeltl
                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/22/11