

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 30, 2019

**BY ECF**

The Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1030
New York, New York 10007

    Re:    **United States v. Ronald Rescigno,**
            **09 Cr. 669 (JGK)**

Dear Judge Koeltl,

      The Government respectfully submits this letter in response to the Court's order dated January 18, 2019, concerning the defendant's request for early termination of his supervised release.[1] We have consulted with United States Probation Office ("USPO") concerning the application, and the Government and USPO do not object to the request.

      In response to the defendant's prior request for early termination, dated September 1, 2017, USPO and the Government opposed the application based on: (1) USPO's general objection to early termination for sex offenders, (2) information from the defendant's treating therapist that the defendant would benefit from continued treatment, (3) the fact that the defendant had, at that time, completed less than half of his term of supervision, (4) the nature and seriousness of the underlying offense of conviction, and (5) the relationship between the issues being addressed in the defendant's treatment and the underlying offense.

      USPO has been advised that, since his previous application, the defendant has made significant progress in treatment with respect to the areas identified as particular concerns. In addition, the defendant has obtained stable housing, has maintained stable employment, and appears to be in a stable relationship. At this time, the defendant has been on supervised release for five years, and during that time has been compliant with supervision and has consistently satisfied his obligations. He also represents that he intends to continue therapy if his supervision is terminated. For those reasons, USPO does not object to the current application.

---

[1] The defendant submitted a corrected application dated January 24, 2019.

In light of USPO's position, the Government also does not object.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:   */s/ Michael D. Lockard*
Michael D. Lockard
Assistant United States Attorney
(212) 637-2193

cc:    Christopher Flood, Esq.
       Federal Defenders of New York
   Jovanna Calderon, USPO